IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARRANZA, | No. C 13-03337 YGR (PR) |
| Plaintiff, | **ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION** |
| v. | |
| G. LEWIS, et al., | |
| Defendants. | |

Pursuant to the notice of voluntary dismissal of this action filed by Plaintiff on July 25, 2014, this action is terminated. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) ("[A]n action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal."); *Hamilton v. Shearson-Lehman Am. Exp. Inc.*, 813 F.2d 1532, 1534-1536 (9th Cir. 1987) (Rule 41(a)(1)(A)(i) does not require leave of court to dismiss the action). The dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B) (unless plaintiff's notice of dismissal states otherwise, it is deemed to be "without prejudice"); *Humphreys v. United States*, 272 F.2d 411, 412 (9th Cir. 1959).

The Clerk of the Court shall close the file. This Order terminates Docket no. 30.

IT IS SO ORDERED.

DATED:    August 15, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

P:\PRO-SE\YGR\CR.13\Carranza3337.DISM(vol).wpd